United States District Court
Southern District of Texas
**ENTERED**
November 25, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BRIAN PIERCE, Individually and on Behalf of All Others Similarly Situated, | **Case No.: 4:18-cv-1803** <br> Collective Action (29 U.S.C. § 216(b)) |
| v. | |
| APACHE CORPORATION. | |

### ORDER OF DISMISSAL

Per the Parties' Rule 41 Stipulation of Dismissal with Prejudice, this case is DISMISSED with prejudice.

Each party shall bear their own fees, costs, and expenses.

SIGNED this __**25th**__ day of __**November**__, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE